[pic]

 Court of Appeals for the
 First District of Texas at Houston

 Order Withdrawing Mediation Order

Appellate case name: Mark Hotze, Steven Hotze, Richard Hotze and Troika
 Partners v. David Hotze

Appellate case number: 01-18-00039-CV

Date motion filed: February 21, 2018

Type of Motion: Objection to Mediation

Party filing motion: Appellant

Trial court case number: 2016-36300

Trial court: 61st District Court of Harris County

 It is ORDERED that Appellant’s objection to mediation is granted. We
withdraw our Mediation Order dated February 16, 2018.

Judge’s signature: /s/ Jennifer V Caughey
 x Acting individually ≤ Acting for the Court

Date: February 26, 2018